# EXHIBIT A

# Arent Fox

**Arent Fox LLP** / Attorneys at Law
Boston / Los Angeles / New York / San Francisco / Washington

May 7, 2020

**Richard J. Berman**
Partner
202.857.6232 DIRECT
202.857.6395 FAX
richard.berman@arentfox.com

Mr. Arthur M. Deboeck
President
Ohemo Life Sciences Inc.
100 Carr 198 Km 14 7
Juncos Industrial Park
Juncos, Puerto Rico (PR) 00777

**Re:    Engagement Agreement**

Dear Mr. Deboeck:

This letter describes the terms on which Arent Fox LLP (the **Firm**, **we** or **us**) has agreed to provide legal services to Ohemo Life Sciences Inc. (the **Client** or **you**). Our internal policies require us to provide you with a written statement of the terms on which you have engaged us and on which we have agreed to provide legal services to you. We look forward to working with you.

## DESCRIPTION OF ENGAGEMENT

Initially, we have been engaged to represent you in connection with general intellectual property counseling, as well as any other matters as you may specifically request. Our engagement includes any services in connection with this matter which we may have undertaken prior to the date of this letter. The scope of our engagement under this letter may be enlarged from time to time as you ask us to perform additional services and we agree to perform such additional services. No additional written agreement will be required to document these periodic changes.

## DESCRIPTION OF BASIS FOR LEGAL FEES

We typically charge on the basis of the time devoted to your matters by our professional staff in performing the services, or on a fixed fee agreed to in advance. Our hourly rates for attorneys and other professionals likely to be involved in your matters presently range from $195 to $930. These rates may be adjusted from time to time, typically on an annual basis. I anticipate that most of the work on the initial matters for you will be supervised and/or handled by myself and other attorneys as appropriate for the work involved. My 2020 hourly rate is $930. Other partners, associates and other legal professionals may provide assistance as appropriate for the issue and matter.

# Arent Fox

Arthur M. Deboeck
May 7, 2020
Page 2

**GENERAL PROVISIONS**

The provisions attached to this letter and entitled "General Provisions" are incorporated into this letter with the same effect as if they were expressly set forth in this letter.

If you have any questions about this letter, please do not hesitate to call to discuss them before countersigning this letter.  If you do wish to proceed, please sign the enclosed copy of this letter and return it to me to confirm your agreement to the terms of our engagement.  We look forward to working with you.

Very truly yours,

Arent Fox LLP

**Agreed:**

**OHEMO LIFE SCIENCES INC.**

By:  Arthur m. Deboeck                    Date:  May 19, 2020

Title:  President



Arthur M. Deboeck
May 7, 2020
Page 3

# GENERAL PROVISIONS

**DESCRIPTION OF BASIS FOR CHARGES OTHER THAN LEGAL FEES**

In addition to fees, you will be responsible to reimburse us for third-party costs incurred on your behalf and to pay our customary charges for various services such as toll calls, travel, facsimile, central word processing, LEXIS/WESTLAW and other computer database uses, duplicating, messengers, secretarial overtime, and transcripts, if applicable.  In some cases, our customary charges for these services exceed the direct costs incurred by us in providing these services.

**BILLING AND PAYMENT PROCEDURES**

Our statements will be rendered periodically, typically monthly.  Charges for expenses will be based on information available to us at the time the statements are rendered.  In appropriate cases, the statements may include estimated charges for expenses, in which event the estimates will be reconciled when final information becomes available.

Our statements are payable upon receipt.  Prompt payment is a requirement for our continued representation.  If statements are not paid within 30 days after the invoice date, we retain the right to charge interest on overdue amounts at the rate of 1% per month (12% Annual Percentage Rate).  In the unfortunate event that we are forced to incur collection costs to obtain payment, you also will be responsible for the collection costs, including reasonable attorneys' fees.

Under the District of Columbia Rules of Professional Conduct, amounts owed by us to you (including retainer balances, advance payments on account of fees and expenses and intentional or inadvertent overpayment of invoices) are treated as your property and required to be held in escrow unless you consent to treating these amounts as indebtedness of us to you.  These amounts are not significant compared to our resources, and we believe that treating such balances as our unsecured obligations involves no significant risk to you.  You consent to treating amounts owed by us to you (including retainer balances, advance payments on account of fees and expenses and intentional or inadvertent overpayment of invoices) as our property, owed to you, and not your separate property.  Of course, in any case, if our fees and charges are less than the balance of the retainer (or any credit balance of your account with us) at the conclusion of the representation, we will refund the balance at that time.

**TERMINATION OF REPRESENTATION**

**Your Right to Terminate Representation**
You have the right to terminate our representation at any time.  If you do so, you will be responsible for the fees and charges incurred in connection with our representation up to the termination, and for the fees and charges to transfer the work to another attorney.  These charges will include the copying costs necessary to create a duplicate set of files, if we elect to retain one for our records.

**Our Right to Terminate Representation**
We may also terminate our representation of you for any reason consistent with the rules of professional conduct, including non-payment of fees and charges.

**Conclusion of Our Representation**
At any time there are no active matters in which we are representing you, you will be considered a former, rather than a current, client of ours, unless and until you ask us to perform additional services and we agree to perform such additional services.  If you become a former client, we will be entitled, under applicable rules of professional conduct,

**Arent Fox**

Arthur M. Deboeck
May 7, 2020
Page 4

to undertake representations adverse to you in matters that are not the same as, or substantially related to, any matter in which we have represented you. However, under no circumstances will we, in the course of representing any other client, use or disclose any confidential, non-public information that we have obtained as a result of any representation of you.

## LIMITATION ON OUR OBLIGATIONS

You agree that our acceptance of this engagement does not involve an undertaking to represent you or your interests in any matter other than that described under the paragraph entitled "Description of Engagement." You also agree that our representation does not entail a continuing obligation to advise you concerning legal developments that arise after we have completed an assignment for you, even if the developments affect a matter in which we have represented you.

## ADVANCE CLEARANCE OF CONFLICTS OF INTEREST

You are aware that we represent many other companies and individuals. It is possible that some of our existing or future other clients will have disputes with you (or your affiliates) or engage in transactions with you (or your affiliates) during the time that we are representing you. Therefore, as a condition to our agreement to undertake the representation of you, you have agreed that, without further notice to you, we may continue to represent or may undertake in the future to represent existing or new clients in any matter that is not the same as, or substantially related to, any matter in which we represent you, even if the interests of the other clients in those other matters (or in the matters in which we represent you) are directly adverse to you (or your affiliates). Of course, under no circumstances will we, in the course of representing any other client, use or disclose any confidential, non-public information that we have obtained as a result of our representation of you. You recognize that the agreement in this paragraph is an essential condition of our representation of you and you therefore agree that it cannot be terminated without our written consent.

## AFFILIATES

If you are an entity that has affiliates, we and you agree that only you will be our client and we will not be regarded as representing any affiliate of yours unless and until we enter into a separate written engagement letter with it.

## NONLAWYER PROFESSIONALS

Some of our services may be provided by nonlawyer professionals (such as government relations directors). You should be aware that communications between you and a nonlawyer professional may not be covered by the attorney-client privilege even if the same communication would be protected by that privilege if made between you and an attorney.

## RETENTION OR DESTRUCTION OF RECORDS

We adopt policies from time to time concerning the retention or destruction of records relating to engagements by clients. After the conclusion of our representation of you on any particular matter, we may destroy any records as we believe is appropriate. If you and we agree that we will retain records for a particular period, that agreement will supersede this general rule. If we are required by applicable law to retain records for a particular period, the applicable law will supersede this general rule.

**Arent Fox**

Arthur M. Deboeck
May 7, 2020
Page 5

## DISPUTE RESOLUTION PROCEDURES

If any dispute involving legal fees or expenses develops between us and you, the dispute will be resolved exclusively by resorting to arbitration before the District of Columbia Bar Attorney Client Arbitration Board (the **ACAB**), in accordance with the rules established by the ACAB for the conduct of such arbitrations. The ACAB's rules are available from the ACAB staff. The ACAB also provides counseling to clients regarding ACAB's rules and the legal effects of agreeing to arbitration. We encourage you to contact the ACAB for counseling and information regarding this arbitration provision or the rules of the ACAB prior to your execution of this letter. The phone number for the ACAB is (202) 737-4700, extension 216.

In connection with any dispute involving legal fees or expenses, neither we nor you will seek relief from any court except to enforce the arbitration award. If for any reason this arbitration procedure is unavailable, then we and you agree that any litigation will be commenced only in the United States District Court for the District of Columbia (or, if that court has no jurisdiction over the matter, in the Superior Court of the District of Columbia) and you consent to the exclusive jurisdiction of that court.

## GOVERNING LAW

The provisions in this letter will be governed by the laws of the District of Columbia.

## CONDITION TO REPRESENTATION

Our agreement to represent you is subject to the approval of the Firm's Financial Management Committee. If for any reason the representation is not approved, we will inform you promptly. If the representation is not approved and if, at the time of such disapproval, we have commenced working on your matter, our representation will be deemed to be terminated and we will not charge you for any legal fees for our work on the matter.